

**Entered on Docket
December 22, 2010**

_____
 **Hon. Bruce A. Markell
 United States Bankruptcy Judge**
_____

George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for David Opperman and Lori Opperman

E-FILED: December 21, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-09-34395-BAM |
|---|---|
|  | ) Chapter 13 |
|  | ) |
|  | ) |
| **David Opperman and Lori Opperman**, | ) Hearing Date: December 16, 2010 |
|  | ) Hearing Time: 3:00 P.M. |
|  | ) |
|  | ) |
| Debtor(s). | ) |
|  | ) |

### ORDER ON DEBTORS' MOTION TO PERMIT MODIFICATION OF HOME LOAN

THE ABOVE MATTER having been heard at the time and date above:

/./././

- 1 -

**IT IS ORDERED THAT** the Debtors' motion to approve a trial period modification with AMERICA'S SERVICING COMPANY for a property owned by the Debtors located at 341 LISTO COURT, HENDERSON, NV 89014 is hereby **APPROVED**.

DATED December 21, 2010

        HAINES & KRIEGER, L.L.C.

By:      __/s/George Haines, Esq.
           George Haines, Esq.
           Attorney for Debtor(s)

### ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    APPROVED:

    DISAPPROVED:

    FAILED TO RESPOND:

_x__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###